# EXHIBIT A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SIMON MENGELE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:15-cv-3934-B-BN |
| | § | |
| AT&T SERVICES INC., | § | |
| | § | |
| Defendant. | § | |

### AFFIDAVIT OF AMY M. STEWART

STATE OF TEXAS     §
                                  §
COUNTY OF DALLAS §

BEFORE ME, the undersigned authority, on this date personally appeared Amy M. Stewart, who, being duly sworn, stated under oath:

1. My name is Amy M. Stewart. I am over eighteen (18) years of age. I have never been convicted of a crime and am fully competent and qualified to make this affidavit. I have personal knowledge of the matters contained herein, and I am submitting this Affidavit on behalf of Defendant AT&T Services, Inc. ("AT&T").

2. I am a partner with the law firm of Estes Thorne and Carr PLLC and counsel for AT&T the above-styled action.

3. Submitted with Defendant's Motion for Summary Judgment and Brief in Support are the true and correct copies of excerpts from the January 16, 2017 deposition of Plaintiff Simon Mengele and relevant exhibits thereto.

4. I have read the foregoing Affidavit and attest that it is true and correct to the best of my knowledge and belief.

...

FURTHER AFFIANT SAYETH NOT.

_/s/ Amy M. Stewart_
Amy M. Stewart

Subscribed and sworn to before me on this 10th day of February, 2017, to certify which witness my hand and official seal.

_/s/ Tammy E. Goodson_
Notary Public in and for the State of Texas

TAMMY E GOODSON
Notary ID # 10462466
My Commission Expires
March 14, 2020